UNITED STATES BANKRUPTCY COURT
District of South Carolina

| | |
|---|---|
| In re: ) | |
| ) | |
| Alice C. Baker ) | |
| ) | |
| ) | Case No. 19-06309 |
| ) | |
| Debtor. ) | |

## **NOTICE OF WITHDRAWAL OF CLAIM #3**

Creditor AutoMoney Title Loan hereby withdraws Court Claim #3 as redundant.

January 8, 2020

/s/ Abigail Duffy
Corporate Counsel
AutoMoney, Inc
450 Meeting Street
Charleston, SC 29403
843-958-0340
bankruptcy@jolinent.com